## Mrs. Walter Lane SMITH, Appellant, v. UNITED STATES of America, Appellee.

### No. 10903.

United States Court of Appeals
Sixth Circuit.

Feb. 14, 1950.

Snowden, Davis, Brown, McCloy & Donelson, Memphis, Tenn., for appellant.

John Brown, Memphis, Tenn., Theron L. Caudle, Charles Oliphant, Washington, D. C., for appellee.

Before SIMONS, ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This appeal was heard upon the record, briefs and argument of respective counsel;

And the Court being of the opinion that the findings of fact by the District Judge are supported by the evidence and are not clearly erroneous, and that there is no error in his conclusions of law based thereon, 85 F.Supp. 838; Lazier v. United States, 8 Cir., 170 F.2d 521; Sic v. Commissioner, 8 Cir., 177 F.2d 469; Pettit v. Commissioner, 5 Cir., 175 F.2d 195; Baruch v. Commissioner, 11 T.C. 96, affirmed, 2 Cir., 178 F.2d 402.

It is ordered that the judgment of the District Court be and is affirmed.

## TOLEDO BLADE COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 10963.

United States Court of Appeals
Sixth Circuit.

Feb. 9, 1950.

Ferdinand Tannenbaum, Z. N. Diamond, New York, N. Y., for petitioner.

Theron L. Caudle, Charles Oliphant, W. Herman Schwatka, Ellis N. Slack, and Carlton Fox, Washington, D. C., for respondent.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and record in the above cause and the oral argument of counsel, and

It being our view that the purchase by the petitioner of certain assets of the competing newspaper, the value of which to the purchaser was protected by covenant of the seller that it would not resume publication of a newspaper for ten years constituted a capital investment, now, therefore,

It is ordered that the decision of the Tax Court, 11 T.C. 1079, be and it is hereby affirmed upon the findings of fact and conclusions of law announced by the Tax Court in docket No. 12827, promulgated December 23, 1948.